UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NUtech Ventures  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Norman Noble, Inc.  )<br>  )<br>Defendant.  )<br>  ) | Case No. 1:12-cv-2326-CAB<br><br>Judge Christopher A. Boyko<br><br>ORDER GRANTING STIPULATION OF<br>DISMISSAL WITH PREJUDICE |

On this day, the Court considered Plaintiff NUtech Ventures' ("Plaintiff") and Defendant Norman Noble, Inc.'s ("Defendant") Stipulation of Dismissal with Prejudice in the above-numbered and styled civil action. The Court is of the opinion and finds that all claims of Plaintiff against Defendant should be dismissed with prejudice.

Accordingly, it is ORDERED, ADJUDGED, AND DECREED that any and all claims of Plaintiff presented in the above-styled and numbered civil action against Defendant be, and hereby are, dismissed with prejudice to the refiling of same in any form.

It is further ORDERED, ADJUDGED, AND DECREED that any and all costs incurred herein shall be taxed against the party incurring same.

1

SIGNED this 3rd day of MARCH, 2014.

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE